# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS
TELEPHONE: 212-278-1000 ■ FA[X]
www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

March 24, 2024

> APPLICATION GRANTED.
>
> The Clerk is directed to terminate the letter-motion. (Doc. #45).
>
> SO ORDERED:
>
> /s/ Vincent Briccetti
>
> Vincent L. Briccetti, U.S.D.J.
> March 26, 2024
> White Plains, NY

Hon. Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Christian Reyes-Palomares
Dist. Dkt.: 23 Cr 520 (VB)

Dear Judge Briccetti:

I was counsel for Defendant Christian Reyes-Palomares in the above matter, assigned to this matter pursuant to the Criminal Justice Act.

I write to the Court requesting that Seán McCabe, an associate in my firm Anderson Kill, be authorized to work on this matter, at the $120/hour rate, *nunc pro tunc* to the date of my assignment by Hon. Andrew E. Krause, United States Magistrate Judge.

I have reviewed the work that was done in this case, it was necessary to the zealous representation of the client, and the total number of hours that I am seeking approval for is 4.9.

If you have any questions, please do not hesitate to contact me. I have attached the resume of Sean McCabe to this request. I thank the Court for its consideration.

Best regards,

Sam Braverman

Samuel M. Braverman

SMB
Enclosure





# Seán McCabe

**Attorney**

New York

212-278-1029

smccabe@andersonkill.com

Seán McCabe is an attorney in the New York office of Anderson Kill and a member of the firm's White Collar Defense and Insurance Recovery groups.

Seán has had a key role in trial preparation and legal research on federal criminal cases arising out of the Southern District of New York, including major white collar criminal cases, conspiracy, and RICO cases. He also represents policyholders in insurance coverage disputes

Before entering private practice, Seán worked at the Philadelphia District Attorney's Office as part of an LLM Program of Temple University. He also interned with the Hon. Charles J. Cunningham III in Philadelphia, who presided over state criminal and civil matters. In Ireland, Seán worked with a large, multidisciplinary firm where he served as a summer associate for a partner, focusing on commercial, criminal, and malpractice litigation. He is admitted to practice in New York State Court and Federal District Courts for the Southern and Eastern Districts of New York.

A native of Ireland, Seán graduated magna cum laude from the University College of Cork in Ireland with a Bachelors of Law degree concentrating on International Criminal Law and is completing (with honors) his LLM at Temple University.

**PUBLICATIONS**

- "New Cyber Risks from Regulators and Insurance Companies" *Cyber Insurance Alert* (July 18, 2023)
- "Insurance Coverage for Active Shooter Events" *Policyholder Advisor & Alert* (June 12, 2023)
- "Proposed Statute Offers Sword And Shield To Protect Biometric Info" *New York Law Journal* (May 31, 2023)
- "New Jersey Federal Courts Estop Insurance Companies From Denying Coverage" *Anderson Kill New Jersey Alert* (April 04, 2023)
- ""History never repeats itself, but it does often rhyme" - D&O Policies Continue to Cover Liabilities Arising from Bank Failures" *Anderson Kill Policyholder Alert* (March 17, 2023)

## SPEAKING ENGAGEMENTS

- "Insurance Estoppel and Waiver Amid Conflicting Case Law: Safeguarding Coverage, Navigating Insurer's and Insured's Duties" *Strafford* New York, New York (March 25, 2024)
- "Firearm Litigation: Obstacles, Potential Pathways, and Insurance Coverage" *Perrin Conferences* New York, NY (October 25, 2023)
- "A Sword and a Shield: How Existing and Proposed Statutes Protect Biometric Information, and the Effect of these Statutes on Insurance Coverage" *Celesq* New York, New York (August 24, 2023)

## BAR ADMISSIONS

New York

## COURT ADMISSIONS

United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York

## EDUCATION

University College of Cork, J.D., *magna cum laude* (2019)
Temple University - James E. Beasley School of Law, LLM (forthcoming)

© 2024 Anderson Kill P.C.
Attorney Advertising. Prior results do not guarantee a similar outcome.